## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

**BLUEPRINT IP SOLUTIONS LLC,**

            Plaintiff,

    v.

**STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY,**

          Defendant.

Civil Action No. 2:20-cv-01036-EAS-KAJ

**TRIAL BY JURY DEMANDED**

### ORDER GRANTING JOINT MOTION TO DISMISS

The Court, having considered the Parties' Joint Motion to Dismiss [D.E. 13], and good cause appearing therefor,

IT IS HEREBY ORDERED that claims against Defendant are dismissed with prejudice and counterclaims against Plaintiff are dismissed without prejudice. Each to party to bear its own costs.

**IT IS SO ORDERED.**

Dated: _June 15_, 2020

_____
United States District Court Judge